# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **LAKSHMI ARUNACHALAM,** *Plaintiff* | § § § § | |
| **-v-** | § § § | **W-19-CV-00172-ADA** |
| **INTUIT, INC,** *Defendant* | § § § | |

## FINAL JUDGMENT

Came on for consideration the status of the above-entitled cause of action. In accordance with the Court's Order Granting Defendant Intuit Inc.'s Motion to Dismiss, the Court enters its judgment as follows:

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any relief not specifically granted in this Final Judgment is **DENIED**.

**IT IS FINALLY ORDERED** that this case is closed.

**SIGNED** this 15th day of July, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE